IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-338-FL-6

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMONI BROWN | ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 313. For good cause shown, Defendant's motion is hereby GRANTED.

This the 25th day of January, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE